Same case below, 372 Fed. Appx. 866.

Same case below, 364 Fed. Appx. 221.

**No. 09-11539. Gregory Shaw, Petitioner v. Donald Gaetz, Warden.**

562 U.S. 886, 131 S. Ct. 217, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 7097.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11540. Demetrious Omar Brown, Petitioner v. Virginia.**

562 U.S. 886, 131 S. Ct. 217, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 7041.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 279 Va. 210, 688 S.E.2d 185.

**No. 09-11541. Dobie Lee Brown, Petitioner v. United States.**

562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 7009.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 369 Fed. Appx. 752.

**No. 09-11544. David Pickelhaupt, Petitioner v. Andrew Jackson, Warden, et al.**

562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 7008.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11545. Crandall Postell, Petitioner v. Bank of Central Florida, et al.**

562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 6796,

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 12 So. 3d 762.

**No. 09-11547. Willie Spates, Petitioner v. Illinois.**

562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 7055.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 394 Ill. App. 3d 1115, 369 Ill. Dec. 99, 985 N.E.2d 1085.

**No. 09-11548. Alcides Rodriguez-Duran, Petitioner v. United States.**

562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 6973.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11549. Delio Romanes, Petitioner v. Florida, et al.**

562 U.S. 887, 131 S. Ct. 218, 178 L. Ed. 2d 131, 2010 U.S. LEXIS 6789.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.